**Johnny T. CAMP, Appellant,**

v.

**The STATE of Texas, Appellee (two cases).**

Nos. 27683, 27684.

Court of Criminal Appeals of Texas.

June 22, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft; the punishment, three years in the penitentiary.

Since the filing of his appeal, appellant has presented his personal affidavit wherein he moves to dismiss said appeal.

The motion is granted and the appeal is dismissed.